**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 23, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00483-CV

### DANNY SCHMIDT, Appellant

### V.

### REALTEX VENTURES, LP AND SUNDANCE CHILD CARE, LLC,
### Appellees

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2016-52974C**

## MEMORANDUM OPINION

This is an appeal from an order signed May 18, 2020. On November 3, 2021, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.